# EXHIBIT A

ELECTRONICALLY FILED
5/23/2017 3:38 PM
02-CV-2017-901395.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| NICOLE D. POLK | ) |
| | ) Case No.: CV-2017- |
| Plaintiff, | ) |
| Vs. | ) |
| | ) |
| NATIONSTAR MORTGAGE | ) |
| Defendant | ) |

## COMPLAINT TO SET ASIDE FORECLOSURE

### PARTIES

1. Plaintiff is an adult resident of Mobile County and over the age of 19 years.
2. Defendant, Nationstar, Mortgage is a company doing business in Alabama as a Mortgage Server.

### FACTS

3. Plaintiff lives at 2270 Portside Court in Mobile, Alabama ("the Property") with her family.
4. On October 20, 2009, Ms. Polk obtained a Mortgage Loan through Element funding for one hundred forty-nine thousand six hundred thirty-five ($149,635.00) dollars.
5. The Mortgage was apparently assigned to Nationstar later.
6. In November 2016, there was a dispute about whether the payment had been made.
7. Ms. Polk made her payment in December and it was returned.
8. She then sent three thousand five hundred ($3,500.00) dollars (3 payments of $1,137.00 each) in January 2017.
9. When she continued to receive delinquent notices and threats of foreclosure she communicated by phone with Nationstar on virtually daily basis.
10. She was repeatedly assured that "everything is fine" "Don't worry" "Disregard the notices".
11. In early April 2017, she sent ten thousand ($10,000.00) dollars to catch up any possible missed payments.
12. On April 6, 2017, Nationstar foreclosured without notifying Ms. Polk.
13. On April 13, 2017, Ms. Polk received a notice to vacate from SSK Asset Management.

14. She was in phone commutation with Nationstar constantly during this time and was repeatedly assured that everything was fine and that she was current in her payments through May.
15. In late April, Nationstar returned her ten thousand ($10,000.00) dollar payment and told her there was nothing more they could do.

<u>I</u>

### BREACH OF MORTGAGE AGREEMENT

16. Plaintiff restates paragraphs 1 thru 15 as though fully stated herein.
17. The acts and omissions by Nationstar constitute a breach of the Mortgage and the Note. The failure to accept payments; failure to provide an accurate statement of what was owed and required to cure any default, thereby depriving the Plaintiff of meaningful right to cure as required balance and conducting a foreclosure sale in violation of Federal law, were all breaches of the mortgage.

WHEREFORE Plaintiff requests a judgment for breach of the Mortgage and compensatory damages plus interest and cost. Plaintiff further requests that the Court declare the purported foreclosure sale be set aside as void or voidable and of no effect and order the mortgage reinstated.

Respectfully submitted,

/s/ Marcus E. McCrory
Marcus E. McCrory (MCC060)
*Counsel for Defendant*, Nicole Polk
Marcus E. McCrory, Esq.
166 Government St. Ste. 110
Mobile, Alabama 36602
Tel: (251) 433-0730
Fax: (251) 650-1971
marcusmcrrory@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23rd day of May 2017, served a copy of the foregoing pleading on counsel listed below either via the AlaFile system or via U.S. Mail, first class postage paid.

Nationstar
8950 Cypress Waters Blvd.
Coppell, TX 75019

/s/ *Marcus E. McCrory*

Revised 4-1-09; 11-1-99; 11-3-05

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Nicole Polk*
Plaintiff,

VS.

*Nation Star Mortgage*
Defendant,

CIVIL ACTION NO. CV-17-901395

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1. **EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY**

   a. Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

   b. Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

   c. Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2. **DOCTOR, HOSPITAL AND MEDICAL EXPENSES**

   a. If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

   b. Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

   c. The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3. SPECIAL DAMAGES

a. All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

b. Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

4. AGENCY-TIME AND PLACE-DUTY

a. Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5. EXPERTS

a. Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b. Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c. Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such expert will be admitted.

d. Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6. DISCOVERY

Discovery shall be completed 30 days prior to the trial date. On written motion for good cause shown, the court may allow discovery within this 30-day period.

7. JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

8. JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

9. DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

10. MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

11. <u>CONFLICTS</u>

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the 23rd day of May, 2017.

_____
Presiding Judge John R. Lockett

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **ORIGINAL** **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>02-CV-2017-901395.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## NICOLE POLK V. NATION STAR MORTGAGE

**NOTICE TO:** NATION STAR MORTGAGE, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MARCUS E. MCCRORY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 166 GOVERNMENT STREET, SUITE 110, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of NICOLE POLK *(Name(s))* pursuant to the Alabama Rules of the Civil Procedure.

| 5/23/2017 3:38:50 PM | /s/ JOJO SCHWARZAUER | By: /s/ RLP |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.

/s/ MARCUS E. MCCRORY
*(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C938
205 Government Street
Mobile, Alabama 36644-2938

### RETURN ON SERVICE

_____
(Date)

...s and Complaint or other document to _____
_____ County,
*(Name of County)*

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage $
Total Postage and Fees $
Sent To: Nation Star Mortgage
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7016 0600 0000 2624 0491

_____
(Address of Server)

_____
(Phone Number of Server)

01395.00
STAR MORTGAGE

D001 - NATION STAR MORTGAGE
*(Defendant)*

**SERVICE RETURN COPY**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NATION STAR MORTGAGE
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

CV-17-90395 CAS

9590 9402 2315 6225 4115 92

2. Article Number (Transfer from service label)

7016 0600 0000 2624 0491

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



MAY 30 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DOCUMENT 7

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box•

ALA. MOBI...
CERTIFY
WAS FIL...

2 AM 11: 06

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36544-2936

CIRCUIT COURT