**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

| | |
|---|---|
| NICOLE D. POLK | ) |
| | ) Case No.: CV-2017- |
| Plaintiff, | ) |
| Vs. | ) |
| | ) |
| NATIONSTAR MORTGAGE | ) |
| Defendant | ) |

**FIRST AMENDED COMPLAINT TO SET ASIDE FORECLOSURE**

**PARTIES**

1. Plaintiff is an adult resident of Mobile County and over the age of 19 years.
2. Defendant, Nationstar, Mortgage is a company doing business in Alabama as a Mortgage Server.
3. Defendant, SSK Asset Management, LLC is an Alabama LLC located and doing business in Alabama.

**FACTS**

4. Plaintiff lives at 2270 Portside Court in Mobile, Alabama ("the Property") with her family.
5. On October 20, 2009, Ms. Polk obtained a Mortgage Loan through Element funding for one hundred forty-nine thousand six hundred thirty-five ($149,635.00) dollars.
6. The Mortgage was apparently assigned to Nationstar later.
7. In November 2016, there was a dispute about whether the payment had been made.
8. Ms. Polk made her payment in December and it was returned.
9. She then sent three thousand five hundred ($3,500.00) dollars (3 payments of $1,137.00 each) in January 2017.
10. When she continued to receive delinquent notices and threats of foreclosure she communicated by phone with Nationstar on virtually daily basis.
11. She was repeatedly assured that "everything is fine" "Don't worry" "Disregard the notices".
12. In early April 2017, she sent ten thousand ($10,000.00) dollars to catch up any possible missed payments.
13. On April 6,2017, Nationstar foreclosed without notifying Ms. Polk.
14. SSK Asset Management, LLC purchased the home at foreclosure.
15. On April 13, 2017, Ms. Polk received a notice to vacate from SSK Asset Management.

16. SSK Asset Management has now filed an ejectment suit against the Defendant in Mobile County Circuit Court.
17. She was in phone commutation with Nationstar constantly during this time and was repeatedly assured that everything was fine and that she was current in her payments through May.
18. In late April, Nationstar returned her ten thousand ($10,000.00) dollar payment and told her there was nothing more they could do.

**I**

**BREACH OF MORTGAGE AGREEMENT**

19. Plaintiff restates paragraphs 1 thru 15 as though fully stated herein.
20. The acts and omissions by Nationstar constitute a breach of the Mortgage and the Note. The failure to accept payments; failure to provide an accurate statement of what was owed and required to cure any default, thereby depriving the Plaintiff of meaningful right to cure as required balance and conducting a foreclosure sale in violation of Federal law, were all breaches of the mortgage.
21. The purported purchase by SSK is Void or voidable and should be nullified and adjudicated to be of no legal effect

WHEREFORE Plaintiff requests a judgment for breach of the Mortgage and compensatory damages of $70,000.00 dollars plus interest and cost. Plaintiff further requests that the Court declare the purported foreclosure sale be set aside as void or voidable and of no effect and order the mortgage reinstated.

Respectfully submitted,

/s/ *Marcus E. McCrory*
Marcus E. McCrory (MCC060)
*Counsel for Defendant,* Nicole Polk
Marcus E. McCrory, Esq.
166 Government St. Ste. 110
Mobile, Alabama 36602
Tel: (251) 433-0730
Fax: (251) 650-1971
marcusmcrrory@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 25th day of July 2017, served a copy of the foregoing pleading on counsel listed below either via the AlaFile system or via U.S. Mail, first class postage paid.

Gregory C. Cook
Balch & Bingham LLP
P O Box 306
Birmingham, Alabama 35201-0306

G Lane Knight
C. Harper IV
Balch & Bingham LLP
P O Box 78
Birmingham, Alabama 36101-0078

/s/*Marcus E. McCrory*